

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-19-00399-CR

Kurt Wayne **LOPER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 566384
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to the appellant's brief is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court